■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM RIVIERA, Appellant. [695 NYS2d 702] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rios, J.), rendered April 2, 1997, convicting him of criminal possession of a weapon in the third degree (two counts), criminal possession of a weapon in the fourth degree, and trespass, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]; *People v Alvarez,* 235 AD2d 484). Altman, J. P., Krausman, H. Miller and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN SMALL, Appellant. [696 NYS2d 421] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 20, 1998 (*People v Small,* 246 AD2d 609), affirming a judgment of the County Court, Nassau County, rendered July 22, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., Santucci, Thompson and Luciano, JJ., concur.